IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATHIAS ESOIMEME,

        Plaintiff,             No. CIV S-10-2259 JAM EFB PS

    vs.

WELLS FARGO BANK; NDEX WEST LLC; WORLD SAVINGS BANK; and DOES 1-100, inclusive,

        Defendants.         <u>ORDER</u>

        /

This case, in which plaintiff is proceeding *pro se*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On November 14, 2011, the court dismissed plaintiff's complaint and granted plaintiff thirty days to file an amended complaint. Dckt. No. 26. Then, on December 13, 2011, the court granted plaintiff's motion for an extension of time to file his first amended complaint and gave plaintiff until January 16, 2012. Dckt. No. 28. The court admonished plaintiff that "no further extensions will be granted absent a showing of substantial cause." *Id.*

On January 12, 2012, plaintiff filed a motion for an additional thirty day extension of time to file his amended complaint. Dckt. No. 29. In the motion, plaintiff states that he has requested certain loan modification documents that are critical and relevant to his first amended

complaint, but that he has not yet received them. *Id.* at 2. Accordingly, plaintiff will be granted one final extension of time to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file an amended complaint, Dckt. No. 29, is granted;

2. Plaintiff has until February 17, 2012 to file an amended complaint, as provided in the November 14, 2011 order;

3. Failure to timely file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed; and

4. Defendants shall file a response to plaintiff's amended complaint within fourteen days from the date an amended complaint is filed.

DATED: January 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2